UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------- x
KEYLA D. BELL, Individually and on Behalf :
of All Others Similarly Situated,

         Plaintiff,

vs                                           :    21-cv-13543 (KM) (MAH)

KANZHUN LIMITED, PENG ZHAO, YU
ZHANG, XU CHEN, and TAO ZHANG,

         Defendants.
------------------------------- x

## STIPULATION AND [~~PROPOSED~~] ORDER
## REGARDING SERVICE AND SCHEDULING

**WHEREAS**, Plaintiff commenced this putative securities class action on July 12, 2021;

**WHEREAS**, because this action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., it is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

**WHEREAS**, the PSLRA provides for, among other things, appointment of a lead plaintiff, 15 U.S.C. § 77u-4(a)(3), and a stay of all discovery pending resolution of any motions to dismiss, *id.* § 77u-4(b)(3)(B);

**WHEREAS**, lead plaintiff motions are due on or before September 10, 2021, *see id.* § 77u-4(a)(3)(A)(i)(II); and

**WHEREAS**, the undersigned parties have conferred regarding service and scheduling.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, as follows:

1. Defendant Kanzhun Limited ("Kanzhun") hereby accepts service of the summons and complaint in this action, without prejudice to or waiver of any of defenses, objections or arguments, except as to sufficiency of service of process.

2. Kanzhun's time to answer, move against or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff.

3. Within 14 days of the lead plaintiff appointment, Kanzhun will confer with the lead plaintiff regarding a schedule for an amended complaint, if any, and Kanzhun's response.

DATED: August 17, 2021

/s/ Laurence M. Rosen
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Telephone: (973) 313-1887
Facsimile: (973) 833-03999
lrosen@rosenlegal.com

*Counsel for Plaintiff*

/s/ Scott D. Musoff
Scott D. Musoff
**SKADDEN, ARPS, SLATE,**
 **MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Facsimile: (917) 735-2000
scott.musoff@skadden.com

*Counsel for Defendant Kanzhun Limited*

**IT IS SO ORDERED.**

Dated: 8/18, 2021