**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEYLA D. BELL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, AND TAO ZHANG, <br><br> Defendants. | No.: 2:21-cv-13543-KM-MAH <br><br> **NOTICE OF MOTION OF KEYLA BELL TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> **Motion Date: October 4, 2021** |

1

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiff Keyla Bell ("Movant"), hereby moves the Honorable Kevin McNulty, United States District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07102, appointing Movant to serve as Lead Plaintiff in this action and approving his selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation and all subsequently filed related litigations.

In support of this Motion, Movant submits: (1) the Declaration of Laurence M. Rosen, dated September 10, 2021 (with exhibits); (2) Memorandum of Law in support of Motion, dated September 10, 2021; and (3) a [Proposed] Order.

Dated: September 10, 2021

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 10th day of September 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

       /s/ Laurence M. Rosen