UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KEYLA D. BELL, Individually and on Behalf : 
of All Others Similarly Situated, :
:
               Plaintiff, :
:
    vs  :  21-cv-13543 (KM) (MAH)
:
KANZHUN LIMITED, PENG ZHAO, YU :
ZHANG, XU CHEN, and TAO ZHANG, :
:
              Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

**WHEREAS**, on July 12, 2021, Plaintiff Keyla Bell commenced this putative securities class action (ECF. No. 1);

**WHEREAS**, on August 19, 2021, the Court so-ordered a scheduling stipulation, providing, among other things, that within 14 days of the appointment of a lead plaintiff, Defendant Kanzhun Limited ("Kanzhun") will confer with the lead plaintiff regarding a schedule for an amended complaint, if any, and Kanzhun's response (ECF No. 8);

**WHEREAS**, on January 4, 2022, the Court appointed Keyla Bell as lead plaintiff ("Lead Plaintiff") and approved Lead Plaintiff's selection of counsel (ECF. No. 10);

**WHEREAS**, Kanzhun and Lead Plaintiff have conferred regarding scheduling.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1.     Lead Plaintiff's Amended Complaint is due on or before **March 4, 2022**.

2.     Kanzhun's response to the Amended Complaint is due on or before **May 3, 2022**.

3. If Kanzhun moves to dismiss, Lead Plaintiff's opposition is due on or before **July 5, 2022**, and Kanzhun's reply is due on or before **August 19, 2022**.

DATED:  January 18, 2022

| | |
|---|---|
| */s/ Laurence M. Rosen*<br>Laurence M. Rosen<br>**THE ROSEN LAW FIRM, P.A.**<br>One Gateway Center, Suite 2600<br>Newark, New Jersey 07102<br>Telephone: (973) 313-1887<br>Facsimile: (973) 833-03999<br>lrosen@rosenlegal.com<br><br>*Counsel  for Lead Plaintiff* | */s/ Scott D. Musoff*<br>Scott D. Musoff<br>**SKADDEN, ARPS, SLATE,**<br>  **MEAGHER & FLOM LLP**<br>One Manhattan West<br>New York, New York 10001<br>Telephone: (212) 735-3000<br>Facsimile: (917) 735-2000<br>scott.musoff@skadden.com<br><br>*Counsel for Defendant Kanzhun Limited* |

**IT IS SO ORDERED.**

Dated: _____, 2022                    _____