UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KEYLA D. BELL, Individually and on Behalf :
of All Others Similarly Situated,            :
                                             :
                Plaintiff,                   :
                                             :
        vs                                   :    21-cv-13543 (KM) (MAH)
                                             :
KANZHUN LIMITED, PENG ZHAO, YU                :
ZHANG, XU CHEN, and TAO ZHANG,               :
                                             :
                Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION AND SCHEDULING ORDER

**WHEREAS**, on July 12, 2021, Plaintiff Keyla Bell commenced this putative securities class action (ECF. No. 1);

**WHEREAS**, on August 19, 2021, the Court so-ordered a scheduling stipulation, providing, among other things, that within 14 days of the appointment of a lead plaintiff, Defendant Kanzhun Limited ("Kanzhun") will confer with the lead plaintiff regarding a schedule for an amended complaint, if any, and Kanzhun's response (ECF No. 8);

**WHEREAS**, on January 4, 2022, the Court appointed Keyla Bell as lead plaintiff ("Lead Plaintiff") and approved Lead Plaintiff's selection of counsel (ECF. No. 10);

**WHEREAS**, Kanzhun and Lead Plaintiff have conferred regarding scheduling.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, subject to the Court's approval, as follows:

1.    Lead Plaintiff's Amended Complaint is due on or before **March 4, 2022**.

2.    Kanzhun's response to the Amended Complaint is due on or before **May 3, 2022**.

3. If Kanzhun moves to dismiss, Lead Plaintiff's opposition is due on or before **June 6, 2022**, and Kanzhun's reply is due on or before **June 27, 2022**.

DATED: January 18, 2022

| | |
|---|---|
| */s/ Laurence M. Rosen* | */s/ Scott D. Musoff* |
| Laurence M. Rosen | Scott D. Musoff |
| **THE ROSEN LAW FIRM, P.A.** | **SKADDEN, ARPS, SLATE,** |
| One Gateway Center, Suite 2600 | **  MEAGHER & FLOM LLP** |
| Newark, New Jersey 07102 | One Manhattan West |
| Telephone: (973) 313-1887 | New York, New York 10001 |
| Facsimile: (973) 833-03999 | Telephone: (212) 735-3000 |
| lrosen@rosenlegal.com | Facsimile: (917) 735-2000 |
| | scott.musoff@skadden.com |
| *Counsel for Lead Plaintiff* | |
| | *Counsel for Defendant Kanzhun Limited* |

**IT IS SO ORDERED.**

Dated: <u>January 19, 2022</u>                                               <u>s/ Michael A. Hammer</u>
                                                                                                   Michael A. Hammer, U.S.M.J.