## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>      Defendants. | **Case No: 2:21-cv-13543-KM-MAH**<br><br>**NOTICE OF PLAINTIFF'S MOTION TO STRIKE**<br><br>CLASS ACTION<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Motion Day: July 18, 2022 |

1

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Strike and all prior proceedings had herein, Lead Plaintiff Keyla D. Bell ("Plaintiff") will and hereby does move this Court, before the Honorable Kevin McNulty, United Stated District Judge, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Court Room PO 04, Newark, NJ 07101, on July 18, 2022 or on such other date as the Court directs, for an order striking Exhibits C, E, F, H, I, J, L, M, N, O, P, Q, T, V and W (Dkts. 18-5, 18-7, 18-8, 18-10, 18-11, 18-12, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-22, 18-24 and 18-25) attached to the Certification of Scott D. Musoff (Dkt. 18-2) in Support of the Motion to Dismiss the Amended Class Action Complaint filed by Defendant Kanzhun Limited (Dkt. 18), and for such further relief as the Court deems just and proper.

Dated: June 20, 2022                      Respectfully submitted,

                                          **THE ROSEN LAW FIRM, P.A**

                                          */s/Jing Chen*
                                          Laurence M. Rosen, Esq.
                                          Jing Chen
                                          One Gateway Center, Suite 2600
                                          Newark, NJ 07102
                                          Tel: (973) 313-1887
                                          Fax: (973) 833-0399
                                          Email: lrosen@rosenlegal.com
                                                  jchen@rosenlegal.com

                                          Phillip Kim, Esq.
                                          275 Madison Avenue, 40th Floor

2

New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com


Counsel for Lead Plaintiff

3