# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>Defendants. | **Case No: 2:21-cv-13543-KM-MAH**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE**<br><br>CLASS ACTION<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J.<br><br>Motion Day: July 18, 2022 |

Plaintiff, having filed a motion to strike Exhibits C, E, F, H, I, J, L, M, N, O, P, Q, T, V and W (Dkts. 18-5, 18-7, 18-8, 18-10, 18-11, 18-12, 18-14, 18-15, 18-16, 18-17, 18-18, 18-19, 18-22, 18-24 and 18-25) attached to the Certification of Scott D. Musoff in Support of the Motion to Dismiss the Amended Class Action Complaint filed by Defendant Kanzhun Limited ("Defendant's Certification", Dkt. 18-2), this Court having considered all the papers filed in connection with such motion, and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiff's motion to strike is GRANTED and Exhibits C, E, F, H, I, J, L, M, N, O, P, Q, T, V and W attached to Defendant's Certification is stricken from the record on Kanzhun Limited's motion to dismiss.

1

Dated: _____, 2022

                                                      _____

Hon. Kevin McNulty
United States District Judge