**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>  Defendants. | **Case No: 2:21-cv-13543-KM-MAH**<br><br>CLASS ACTION<br><br>Hon. Kevin McNulty, U.S.D.J.<br>Hon. Michael A. Hammer, U.S.M.J. |

**CERTIFICATION OF SERVICE**

I, Jing Chen, pursuant to 28 U.S.C. § 1746, certify:

1. I am an attorney with The Rosen Law Firm, P.A., Lead Counsel for Lead Plaintiff Keyla D. Bell in the above-titled action. I am over the age of 18 and in all respects qualified to make this certification. If I were called to the stand I would testify to the facts as stated below.

2. On June 20, 2022, I caused to be served, via electronic filing in 2:21-cv-13543 the following: (i) Notice of Plaintiff's Motion to Strike; (ii) Memorandum of Law in Support of Plaintiff's Motion to Strike; (3) Proposed Order; and (4) this Certification of Service on all counsel of record.

I hereby certify under penalty of perjury that the foregoing is true and correct.

1

Executed: June 20, 2022

/s/Jing Chen
Jing Chen

2