

## The Rosen Law Firm

### I N V E S T O R   C O U N S E L

Jing Chen
jchen@rosenlegal.com

September 21, 2022

**VIA ECF**                                                    *** ORDER ***

Hon. Kevin McNulty, U.S.D.J.
United States District Court District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, New Jersey 07101

　　　Re:　　*Bell v. Kanzhun Ltd., et al.,* Case No. 2:21-cv-13543-KM-MAH

Dear Judge McNulty:

I write on behalf of the Parties to inform the Court that the mediation was successful and the Parties have reached a settlement in principle that will resolve all claims in the above-captioned putative class action.

The Parties are in the process of formalizing their settlement agreement. Accordingly, the Parties respectfully request that the Court hold in abeyance any decision on Kanzhun Limited's pending motion to dismiss (Dkt. No. 18) and Lead Plaintiff's motion to strike (Dkt. No. 27). Lead Plaintiff anticipates filing a motion for preliminary approval of the proposed class action settlement in 30 days.

Respectfully submitted,

/s/Jing Chen
Jing Chen

**Stay granted until 10/28/2022
to permit filing of preliminary
approval motion.**

**SO ORDERED.**

**s/ Kevin McNulty
Hon. Kevin McNulty
U.S. District Judge
Date: 9/22/2022**

cc:　　All counsel of record (via ECF)

**THE ROSEN LAW FIRM, P.A.   275 MADISON AVENUE, 40TH FLOOR   NEW YORK, NY 10016   TEL: (212) 686-1060   FAX: (212) 202-3827**