# EXHIBIT A-1

EXHIBIT A-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>    Defendants. | Case No: 2:21-cv-13543-KM-MAH |

### NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased the publicly traded American Depositary Shares ("ADSs") of Kanzhun Limited ("Kanzhun" or the "Company") during the period from June 11, 2021 through July 2, 2021, both dates inclusive ("Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide two million two hundred fifty thousand dollars ($2,250,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Kanzhun ADSs during the Class Period.

- The Settlement represents an estimated average recovery of $0.20 per ADS for the approximately 11.1 million Kanzhun ADSs damaged during the Class Period. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Kanzhun ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($750,000), reimbursement of no more than $45,000 in litigation expenses, and a total case contribution award to Lead Plaintiff not to exceed $5,000. Collectively, the attorneys' fees and expenses and Lead Plaintiff's award are estimated to average $0.07 per Kanzhun ADS damaged during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Amount.

1

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.13 per Kanzhun ADS damaged during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Kanzhun ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants issued false and misleading statements and failed to disclose an investigation by the Cyberspace Administration of China ("CAC") into Kanzhun's business. Kanzhun has denied and continues to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever. Kanzhun has also denied, among other things, the allegations that Lead Plaintiff or the Settlement Class have suffered damages or that Lead Plaintiff or the Settlement Class were harmed by the conduct alleged in the Action. Kanzhun continues to believe the claims asserted against it in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than _____. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than _____. This is the only way you can ever be part of any other lawsuit against the Defendants or the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than _____ about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement at the hearing on _____. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |

| | |
|---|---|
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | | |
|---|---|---|
| Kanzhun Limited Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel.: (866) 274-4004<br>Fax: (610) 565-7985<br>info@strategicclaims.net | **or** | Laurence Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 313-1887<br>Fax: (973) 833-0399<br>info@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated November 4, 2022 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1.      **Why did I get this Notice?**

You or someone in your family may have purchased publicly traded Kanzhun ADSs during the period from June 11, 2021 through July 2, 2021, both dates inclusive.

2.      **What is this lawsuit about?**

The case is known as *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (the "Action"). The Court in charge of the case is the United States District Court for the District of New Jersey.

The Action involves allegations that Defendants made materially false statements and omissions to the public. Specifically, the Complaint alleges that Defendants failed to disclose in its Registration Statement for its initial public offering ("IPO") that the CAC found that one of Kanzhun's apps was illegally collecting and using users' data without consent and ordered Kanzhun to rectify these issues and submit a report to the CAC. The Complaint further alleges that Kanzhun submitted a required report to the CAC about rectifying the issues prior to the IPO, however, Kanzhun failed to disclose in the Registration Statement the CAC's initial findings and the risk if the CAC did not find the rectification were sufficient. The Complaint further alleges that Kanzhun became subject to a cybersecurity review by the CAC. Kanzhun has denied and continues to deny each,

3

any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Lead Plaintiff or any other Settlement Class Member.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Lead Plaintiff and Kanzhun do not agree regarding the merits of Lead Plaintiff's allegations or the average amount of damages per ADS, if any, that would be recoverable if Lead Plaintiff was to prevail at trial on each claim. The issues on which Lead Plaintiff and Kanzhun disagree include: (1) whether Kanzhun made any allegedly misleading statements or omissions; (2) whether Kanzhun acted knowingly or was grossly reckless in making the alleged misrepresentations; (3) whether the alleged disclosures corrected the alleged misrepresentations; (4) whether the alleged misrepresentations caused any loss in the value of Kanzhun ADSs; and (4) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Lead Plaintiff or Defendants. Instead, Lead Plaintiff and Kanzhun have agreed to settle the case. Lead Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Kanzhun. Even if Lead Plaintiff were to win at trial, and also prevail on any on appeal, Lead Plaintiff might not be able to collect any of any judgment they are awarded.

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased publicly traded Kanzhun ADSs from June 11, 2021 through July 2, 2021, both dates inclusive, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Class are Defendants; the officers and directors of Kanzhun; members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns; any entity in which Defendants have or had a controlling interest; and legal representatives, heirs, successors, or assigns of any excluded Person or entity. Also excluded from the Settlement Class are those Persons who (i) suffered no

compensable losses, or (ii) submit a valid and timely request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/Kanzhun; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Kanzhun to pay two million two hundred fifty thousand dollars ($2,250,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Lead Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Kanzhun ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Lead Plaintiff.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Lead Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the price of Kanzhun ADSs was artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated price of Kanzhun ADSs. Kanzhun has denied and continues to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

5

EXHIBIT A-1

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Kanzhun.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-sectarian charitable organization(s) selected by Class Counsel.

6

EXHIBIT A-1

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

**Recognized Loss for the Kanzhun ADSs purchased during the Class Period will be calculated as follows:**

(A)     For shares sold during the Class Period, the Recognized Loss per share will be zero.

(B)     For shares sold during the period from July 6, 2021 to October 1, 2021, inclusive, the Recognized Loss will be the *lesser* of: (1) $5.67 per share or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table A below.

(C)     For shares retained as of the close of trading on November 10, 2021, the Recognized Loss will be the *lesser* of: (1) $5.67 per share; or (2) the purchase price per share minus $35.34[1] per share.

Table A

| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
|---|---|---|---|---|---|
| 7/6/2021 | $30.52 | $30.52 | 8/19/2021 | $33.35 | $34.31 |
| 7/7/2021 | $32.01 | $31.26 | 8/20/2021 | $32.40 | $34.26 |
| 7/8/2021 | $31.20 | $31.24 | 8/23/2021 | $32.14 | $34.20 |
| 7/9/2021 | $36.17 | $32.47 | 8/24/2021 | $35.35 | $34.23 |
| 7/12/2021 | $34.16 | $32.81 | 8/25/2021 | $34.55 | $34.24 |
| 7/13/2021 | $34.75 | $33.13 | 8/26/2021 | $34.01 | $34.23 |
| 7/14/2021 | $34.94 | $33.39 | 8/27/2021 | $35.26 | $34.26 |
| 7/15/2021 | $35.27 | $33.63 | 8/30/2021 | $35.20 | $34.28 |
| 7/16/2021 | $35.53 | $33.84 | 8/31/2021 | $36.86 | $34.34 |
| 7/19/2021 | $34.88 | $33.94 | 9/1/2021 | $37.07 | $34.41 |
| 7/20/2021 | $35.02 | $34.04 | 9/2/2021 | $37.30 | $34.48 |
| 7/21/2021 | $35.28 | $34.14 | 9/3/2021 | $37.92 | $34.55 |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $35.34 per share was the mean (average) daily closing trading price of the Company's ADSs during the 90-day period beginning on July 6, 2021 and ending October 1, 2021.

| | | | | | |
|---|---|---|---|---|---|
| 7/22/2021 | $35.00 | $34.21 | 9/7/2021 | $38.41 | $34.64 |
| 7/23/2021 | $32.53 | $34.09 | 9/8/2021 | $38.36 | $34.72 |
| 7/26/2021 | $31.00 | $33.88 | 9/9/2021 | $39.09 | $34.81 |
| 7/27/2021 | $29.46 | $33.61 | 9/10/2021 | $36.44 | $34.85 |
| 7/28/2021 | $34.12 | $33.64 | 9/13/2021 | $36.26 | $34.88 |
| 7/29/2021 | $35.24 | $33.73 | 9/14/2021 | $36.52 | $34.91 |
| 7/30/2021 | $34.45 | $33.76 | 9/15/2021 | $38.79 | $34.99 |
| 8/2/2021 | $34.95 | $33.82 | 9/16/2021 | $38.20 | $35.05 |
| 8/3/2021 | $33.62 | $33.81 | 9/17/2021 | $38.54 | $35.11 |
| 8/4/2021 | $34.19 | $33.83 | 9/20/2021 | $36.95 | $35.15 |
| 8/5/2021 | $34.26 | $33.85 | 9/21/2021 | $35.78 | $35.16 |
| 8/6/2021 | $34.63 | $33.88 | 9/22/2021 | $37.56 | $35.20 |
| 8/9/2021 | $35.38 | $33.94 | 9/23/2021 | $38.00 | $35.25 |
| 8/10/2021 | $36.16 | $34.03 | 9/24/2021 | $37.01 | $35.28 |
| 8/11/2021 | $36.29 | $34.11 | 9/27/2021 | $35.79 | $35.29 |
| 8/12/2021 | $36.89 | $34.21 | 9/28/2021 | $35.80 | $35.30 |
| 8/13/2021 | $36.96 | $34.31 | 9/29/2021 | $35.47 | $35.30 |
| 8/16/2021 | $34.95 | $34.33 | 9/30/2021 | $35.99 | $35.31 |
| 8/17/2021 | $34.15 | $34.32 | 10/1/2021 | $36.76 | $35.34 |
| 8/18/2021 | $35.02 | $34.34 | | | |

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's shares during the Class Period, the value of the Recognized Loss will be zero, and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's shares during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases and acquisitions of the Company shares during the time period June 11, 2021 through and including October 1, 2021.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by

Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.      How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/Kanzhun. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/ Kanzhun **by 11:59 p.m. EST on _____ __, 202__**; or (2) by mailing the claim form together with all documentation requested in the form, **postmarked no later than _____ __, 202__**, to:

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.     What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the _____ ___, 202__ deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Kanzhun and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Kanzhun

and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of Kanzhun ADSs during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, sale or ownership of Kanzhun ADSs during the Settlement Class. The specific terms of the release are included in the Settlement Stipulation.

**11.    How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Kanzhun or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (D.N.J.)" and (B) states the date, number of shares and dollar amount of each Kanzhun ADS purchase during the Class Period, any sale transactions, and the number of Kanzhun ADSs held by you as of June 11, 2021 through July 2, 2021. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of Kanzhun ADSs during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Kanzhun ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than _____ __, 202__**, to the Claims Administrator at the following address:

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.    If I do not exclude myself, can I sue Kanzhun or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Kanzhun or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($750,000) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $45,000, and an award to Lead Plaintiff not to exceed $5,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (D.N.J.). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of Kanzhun ADSs during the Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than _____ __, 202__**:

| Clerk of the Court United States District Court District of New Jersey Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101 | Laurence Rosen The Rosen Law Firm, P.A. One Gateway Center Suite 2600 Newark, NJ 07102  *Lead Counsel* | Scott D. Musoff Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, NY 10001  *Counsel for Kanzhun* |
|---|---|---|

**16.**    **What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.**    **When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Fairness Hearing on _____ __, 202__, at __:__ _.m., at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07101. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct the Claims Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

**18.**    **Do I have to come to the hearing?**

No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.**    **What happens if I do nothing at all?**

If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Kanzhun or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

Case 2:21-cv-13543-MAH    Document 36-2    Filed 11/07/22    Page 14 of 14 PageID: 1098

## SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Class Period, you purchased or sold publicly traded Kanzhun ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased Kanzhun ADSs during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to the Notice and Proof of Claim and Release Form to the email address of each beneficial purchaser/owner of Kanzhun ADSs; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of the Kanzhun ADSs. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.03 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.03 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.03 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 3 above.


DATED:                                                  BY ORDER OF THE UNITED STATES
                                                        DISTRICT COURT FOR THE DISTRICT
                                                        OF NEW JERSEY