# EXHIBIT A-4

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St.
Suite 205
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this*
*notice. This is not a solicitation*
*from a lawyer.*

*You may be entitled to a payment.*
*This notice may affect your legal*
*rights.*

*Please read it carefully.*

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*Kanzhun Limited, et al.,* 21-cv-13543-MAH

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT [WWW.STRATEGICCLAIMS.NET/KANZHUN](WWW.STRATEGICCLAIMS.NET/KANZHUN) OR CALL 1-866-274-4004 FOR MORE*
*INFORMATION.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of claims against Kanzhun Limited ("Kanzhun") and certain of its officers in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public and failed to disclose an investigation by the Cyberspace Administration of China into Kanzhun's business, causing damage to Settlement Class Members. Kanzhun denies any wrongdoing.

You received this notice because you may have purchased publicly traded Kanzhun's American Depositary Shares ("ADSs") between June 11, 2021 through July 2, 2021, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $2,250,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: [www.strategicclaims.net/Kanzhun](www.strategicclaims.net/Kanzhun). You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Kanzhun Limited Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/Kanzhun. PROOFS OF CLAIM ARE DUE BY _____ __, 202__ TO: KANZHUN LIMITED SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/Kanzhun. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 202__. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 202__. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on _____ __, 202__ at __:__ _.m. at the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07101, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $45,000 in expenses, and award to Lead Plaintiff of no more than $5,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.