# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>Defendants. | Case No: 2:21-cv-13543-KM-MAH<br><br>CLASS ACTION<br><br>Motion Day: December 5, 2022<br><br>Hon. Kevin McNulty |

**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND AUTHORIZING <u>DISSEMINATION OF NOTICE OF SETTLEMENT</u>**

**PLEASE TAKE NOTICE** that on December 5, 2022, or as soon thereafter as Lead Plaintiff Keyla D. Bell ("Lead Plaintiff") may be heard, Lead Plaintiff will move this Court, the Honorable Kevin McNulty, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey, 07102, for entry of an Order: (i) conditionally certifying the Settlement Class; (ii) granting preliminary approval of the proposed Settlement; (iii) granting approval of the form and manner of giving notice of the proposed Settlement to the Settlement Class; and (iv) setting a Settlement Fairness Hearing.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Laurence M. Rosen, the Stipulation of Settlement and Exhibits thereto, the pleadings and records on file in this action, and other such matters as the Court may consider.

Kanzhun does not oppose this motion.

Dated: November 7, 2022               Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
         jchen@rosenlegal.com

Phillip Kim (*admitted Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen