UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br>Defendants. | Case No: 2:21-cv-13543-KM-MAH<br><br>CLASS ACTION<br><br>Motion Day: March 1, 2023<br><br>Hon. Kevin McNulty |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 38), on March 1, 2023 at 11:00 a.m., Lead Plaintiff Keyla D. Bell ("Lead Plaintiff")[1] will move this Court, the Honorable Kevin McNulty, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey, 07102, for entry of an order granting final approval of the proposed class action Settlement, approving the Plan

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated November 4, 2022 (the "Stipulation") (ECF No. 36).

1

of Allocation for distribution of the Net Settlement Fund, and certifying the Settlement Class for settlement purposes.

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Laurence Rosen and exhibits attached thereto, all filed contemporaneously herewith, the pleadings and records on file in this Action, and such further argument and briefing as may be presented at or before the Settlement Hearing.

In the event that there are requests for exclusions or objections received after the date of this filing,[2] Lead Plaintiff will file an updated proposed final order and judgment with her reply.

Dated: February 1, 2023     Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence Rosen*
Laurence Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
           jchen@rosenlegal.com

---

[2] The deadline for objections and exclusions is February 8, 2023.

2

                    Erica L. Stone
                    Phillip Kim (*admitted Pro Hac Vice*)
                    275 Madison Ave, 40th Floor
                    New York, NY 10016
                    Tel: (212) 686-1060
                    Fax: (212) 202-3827
                    Email: estone@rosenlegal.com
                    Email: pkim@rosenlegal.com

                    *Lead Counsel for Lead Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence Rosen*
Laurence Rosen