**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG, Defendants. | Case No: 2:21-cv-13543-KM-MAH <br><br> CLASS ACTION <br><br> Motion Day: March 1, 2023 <br><br> Hon. Kevin McNulty |

**NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND AWARD TO LEAD PLAINTIFF**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 38), on March 1, 2023 at 11:00 a.m., Lead Plaintiff Keyla D. Bell ("Lead Plaintiff")[1] will move this Court, the Honorable Kevin McNulty, United States District Judge of the United States District Court for the District of New Jersey, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey, 07102, for entry of an order granting an award of attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff.

---

[1] Unless otherwise defined, all capitalized terms used herein have the meanings ascribed to them in the Stipulation of Settlement dated November 4, 2022 (the "Stipulation") (ECF No. 36).

1

In support of this motion, Lead Plaintiff relies on the accompanying Memorandum of Law, the Declaration of Laurence Rosen and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before the Settlement Hearing.

Dated: February 1, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence Rosen*
Laurence Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
    jchen@rosenlegal.com

Erica L. Stone
Phillip Kim (*admitted Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: estone@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Laurence Rosen*
Laurence Rosen