# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br>    Defendants. | Case No: 2:21-cv-13543-KM-MAH |

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) CAFA NOTICE; (B) MAILING OF THE POSTCARD NOTICE; (C) PUBLICATION OF THE SUMMARY NOTICE; AND (D) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over fifteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception. I submit this declaration in order to provide the Court and the Parties with information regarding the mailing of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA") Notice, mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently thereto.

1

**MAILING OF THE CAFA NOTICE**

2.       At the request of Kanzhun's Counsel[1], and separate from our engagement as Claims Administrator, on November 17, 2022, SCS mailed a notice of stipulated class action settlement, pursuant to CAFA, to the appropriate federal and state officials, by certified return receipt through the United States Postal Service.  The mailing consisted of: (i) a letter regarding the Settlement provided by Kanzhun's Counsel describing the mailing (the "CAFA Letter"); and (ii) a CD-ROM containing copies of the documents referenced in the CAFA Letter.  Attached as **Exhibit A** is a copy of the CAFA Letter that SCS mailed.

**MAILING OF POSTCARD NOTICE**

3.       Pursuant to the Court's November 10, 2022 Order Granting Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 38, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the above-captioned action.

4.       SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Claim Form") for the DTC to publish on its Legal Notice System ("LENS") on November 25, 2022.  LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.  **Exhibit B** is a copy of the Long Notice and Claim Form.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated November 4, 2022 (ECF No. 36, the "Settlement Stipulation").

5.      As in most class actions of this nature, the vast majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains and continually updates it proprietary master list of brokerage firms, banks, institutions and other third-party nominees.  SCS proprietary master list consisted of 811 banks and brokerage companies ("Nominee Account Holders"), as well as 941 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On November 25, 2022, SCS caused a letter to be mailed or e-mailed to the 1,752 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter or email, they either (a) send the Postcard Notice or email the Summary Notice or the link to the Long Notice and Claim Form to their customers who may be beneficial purchasers/owners, or (b) provide SCS with a list of the names, last known mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice or email the Summary Notice or the Long Notice and Claim Form link directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit C.**

6.      To provide actual notice to all persons or entities who or which: (a) purchased the publicly traded American Depositary Shares ("ADS") of Kanzhun Limited ("Kanzhun") between June 11, 2021 through July 2, 2021, both dates inclusive (the "Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential Settlement Class Members.  A true and correct copy of the Postcard Notice is attached as **Exhibit D**.

7.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to one organization identified in the transfer records that were provided to SCS by Kanzhun's Counsel. This record reflects the entity that purchased Kanzhun ADSs for their own account, or for the account(s) of their clients, during the Class Period. The transfer record mailing was completed on November 29, 2022. Following this mailing, SCS received 1,510 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received a request from two nominees for 2,800 Postcard Notices, in total, so that the nominees could forward them to their customers, and SCS received notification from one nominee that they mailed the Postcard Notices to 139 of their customers. To date, 4,450 Postcard Notices have been mailed to potential Settlement Class Members.[2]

8.      Additionally, SCS received one email address and immediately emailed the link to the Long Notice and Claim Form. SCS was then notified by one of the nominees that it emailed 1,346 of its customers the link to the Long Notice and Claim Form on the settlement webpage.

9.      In total, 5,797 potential Settlement Class Members were notified either by mailed Postcard Notice or emailed the link to the Long Notice and Claim Form.

10.     Out of the 4,450 Postcard Notices mailed, 163 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for four, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 159

---

[2] SCS received one request from potential Settlement Class Member for the Long Notice and Claim Form to be mailed to them. SCS immediately mailed the Notice and Claim to the potential Settlement Class Member.

Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 36 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

11.    Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published once in *Investor's Business Daily* and transmitted once over the *Globe Newswire* on December 5, 2022, as shown in the confirmations of publication attached hereto as **Exhibit E.**

## TOLL-FREE PHONE LINE

12.    SCS maintains a toll-free telephone number (1-866-274-4004) that Settlement Class Members may call to obtain information about the Settlement and/or request copies of the Long Notice and Claim Form.  SCS has promptly responded to each telephone inquiry and addressed Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

13.    On November 25, 2022, SCS established a webpage on its website at www.strategicclaims.net/Kanzhun/.  The webpage is accessible 24 hours a day, 7 days a week. The webpage contains the current status; the case deadlines; the online claim filing link; and important case documents such as the Long Notice and Claim Form, the Preliminary Approval Order, and the Settlement Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

14.    The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than February 8, 2023.  SCS has been monitoring all

mail delivered for this case.  As of the date of this declaration, SCS has received no requests for exclusion.

15.     According to the Long Notice, Settlement Class Members seeking to object to the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement must be submitted to Lead Counsel and Counsel for Kanzhun, as well as filed with the Clerk of the Court, no later than February 8, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objections were submitted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 1st  day of February 2023 in Media, Pennsylvania.

Margery Craig

**EXHIBIT A**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST

NEW YORK 10001

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
+1 212-735-3902
DIRECT FAX
+1 917-777-3902
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

November 17, 2022

**VIA MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States of America
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-00001

The Honorable Gary Gensler
Chair
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-0330

Additional recipients identified in Exhibit A hereto

> RE:   **CAFA Notification of Settlement in** *Bell v. Kanzhun Limited., et al.*, **Case No. 2:21-cv-13543-KM-MAH (D.N.J.)**

Dear Sir/Madam:

On behalf of Defendants, we respectfully write pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, *et seq.*, to notify you of the proposed settlement of the above-referenced putative securities class action (the "Settlement"). Plaintiff asserted claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 on behalf of all persons who purchased American Depository Shares ("ADS") of Defendant Kanzhun Limited between June 11, 2021, and July 2, 2021, inclusive. It is not feasible at this time to provide the names of individual class members who reside in each state, the estimated number of class members residing in each state, or the proportionate share of the claims of such members to the entire settlement. On November 7, 2022, Plaintiff filed the Stipulation and Agreement of Settlement and Motion for Preliminary Approval of Settlement. On November 10, 2022, the Court granted Plaintiff's Motion for Preliminary Approval.

November 17, 2022
Page 2

The following documents associated with this action and the Settlement are enclosed on a CD:

Exhibit 1:    Complaint (ECF No. 1)

Exhibit 2:    Amended Complaint (ECF No. 15)

Exhibit 3:    Stipulation and Agreement of Settlement, with exhibits (ECF No. 36)

Exhibit 4:    Plaintiff's Motion for Entry of Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement, with exhibits (ECF No. 37)

Exhibit 5:    Order Granting Plaintiff's Motion for Preliminary Approval of Settlement (ECF No. 38)

Filings in this action are posted on the website for the United States District Court for the District of New Jersey, which may be accessed at https://ecf.njd.uscourts.gov/cgi-bin/ShowIndex.pl.

The parties also contemporaneously agreed to a confidential Supplemental Agreement, which is referenced in the Stipulation and Agreement of Settlement and which was not filed with the Court. As described in the Stipulation and Agreement of Settlement, and as is customary in securities class action settlements, the purpose of the confidential Supplemental Agreement is to provide Defendant with the option to terminate the Settlement if timely requests for exclusion from the class are submitted by eligible class members who/that meet the conditions set forth in the Supplemental Agreement. The Supplemental Agreement remains confidential and has not been included with the enclosed materials.

This notice is submitted on behalf of Defendants and is intended to satisfy any and all notification obligations that Defendants have pursuant to CAFA with respect to the above-captioned matter. If you have any questions about this notice, the lawsuit, or the enclosed materials, please contact me by telephone at (212) 735-3902 or by email at robert.fumerton@skadden.com.

Sincerely,

Robert A. Fumerton

Encls.

EXHIBIT B

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

KEYLA D. BELL, Individually and on behalf of all others similarly situated,

      Plaintiff,

      v.

KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,

      Defendants.

Case No: 2:21-cv-13543-KM-MAH

## NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

If you purchased the publicly traded American Depositary Shares ("ADSs") of Kanzhun Limited ("Kanzhun" or the "Company") during the period from June 11, 2021 through July 2, 2021, both dates inclusive ("Class Period"), you could get a payment from a class action settlement (the "Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide two million two hundred fifty thousand dollars ($2,250,000) (the "Settlement Fund") gross, plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased Kanzhun ADSs during the Class Period.

- The Settlement represents an estimated average recovery of $0.20 per ADS for the approximately 11.1 million Kanzhun ADSs damaged during the Class Period. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Kanzhun ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- Lead Counsel will ask the Court to award attorneys' fees in an amount not to exceed one-third of the Settlement Fund ($750,000), reimbursement of no more than $45,000 in litigation expenses, and a total case contribution award to Lead Plaintiff not to exceed $5,000. Collectively, the attorneys' fees and expenses and Lead Plaintiff's award are estimated to average $0.07 per Kanzhun ADS damaged during the Class Period. If approved by the Court, these amounts will be paid from the Settlement Amount.

- The average approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is $0.13 per Kanzhun ADS damaged during the Class Period. This estimate is based on the assumptions set forth in the preceding paragraphs. This is not an estimate of the actual recovery per ADS you should expect. Your actual recovery, if any, will depend on the aggregate losses of all Settlement Class Members, the date(s) you purchased and sold Kanzhun ADSs, the purchase and sales prices, and the total number and amount of claims filed.

- The Settlement resolves the Action concerning whether Defendants issued false and misleading statements and failed to disclose an investigation by the Cyberspace Administration of China ("CAC") into Kanzhun's business. Kanzhun has denied and continues to deny each, any and all

allegations of wrongdoing, fault, liability or damage whatsoever. Kanzhun has also denied, among other things, the allegations that Lead Plaintiff or the Settlement Class have suffered damages or that Lead Plaintiff or the Settlement Class were harmed by the conduct alleged in the Action. Kanzhun continues to believe the claims asserted against it in the Action are without merit.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **Submit a Claim Form** | Fill out the attached Proof of Claim and Release Form and submit it no later than **February 8, 2023**. **This is the only way to get a payment.** |
| **Exclude Yourself from the Class** | Submit a request for exclusion no later than **February 8, 2023**. This is the only way you can ever be part of any other lawsuit against the Defendants or the other Released Parties relating to the legal claims in this case. **If you exclude yourself, you will receive no payment and cannot object or speak at the hearing**. |
| **Object** | Write to the Court no later than **February 8, 2023** about why you do not like the Settlement. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Go to the Hearing** | Ask to speak in Court about the fairness of the Settlement at the hearing on **March 1, 2023**. You can still submit a Proof of Claim and Release Form. If the Court approves the Settlement, you will be bound by it. |
| **Do Nothing** | **Get no payment AND give up your right to bring your own individual action relating to the claims asserted in the Action.** |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or the Settlement should be directed to:

| | or | |
|---|---|---|
| Kanzhun Limited Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson Street, Suite 205<br>Media, PA 19063<br>Tel.: (866) 274-4004<br>Fax: (610) 565-7985<br>info@strategicclaims.net | | Laurence Rosen<br>THE ROSEN LAW FIRM, P.A.<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 313-1887<br>Fax: (973) 833-0399<br>info@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated November 4, 2022 (the "Settlement Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

**1.    Why did I get this Notice?**

You or someone in your family may have purchased publicly traded Kanzhun ADSs during the period from June 11, 2021 through July 2, 2021, both dates inclusive.

**2.    What is this lawsuit about?**

The case is known as *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (the "Action"). The Court in charge of the case is the United States District Court for the District of New Jersey. The Action involves allegations that Defendants made materially false statements and omissions to the public. Specifically, the Complaint alleges that Defendants failed to disclose in its Registration Statement for its initial public offering ("IPO") that the CAC found that one of Kanzhun's apps was illegally collecting and using users' data without consent and ordered Kanzhun to rectify these issues and submit a report to the CAC. The Complaint further alleges that Kanzhun submitted a required report to the CAC about rectifying the issues prior to the IPO, however, Kanzhun failed to disclose in the Registration Statement the CAC's initial findings and the risk if the CAC did not find the rectification were sufficient. The Complaint further alleges that Kanzhun became subject to a cybersecurity review by the CAC. Kanzhun has denied and continues to deny each, any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action. The Settlement shall in no event be construed as, or deemed to be evidence of, liability, fault, wrongdoing, injury or damages, or of any wrongful conduct, acts or omissions on the part of any of the Released Parties, or of any infirmity of any defense, or of any damages to Lead Plaintiff or any other Settlement Class Member.

**3.    Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.    Why is there a Settlement?**

Lead Plaintiff and Kanzhun do not agree regarding the merits of Lead Plaintiff's allegations or the average amount of damages per ADS, if any, that would be recoverable if Lead Plaintiff was to prevail at trial on each claim. The issues on which Lead Plaintiff and Kanzhun disagree include: (1) whether Kanzhun made any allegedly misleading statements or omissions; (2) whether Kanzhun acted knowingly or was grossly reckless in making the alleged misrepresentations; (3) whether the alleged disclosures corrected the alleged misrepresentations; (4) whether the alleged misrepresentations caused any loss in the value of Kanzhun ADSs; and (4) the amount of alleged damages, if any, that could be recovered at trial.

This matter has not gone to trial and the Court has not decided in favor of either Lead Plaintiff or Defendants. Instead, Lead Plaintiff and Kanzhun have agreed to settle the case. Lead Plaintiff and Lead Counsel believe the Settlement is best for all Settlement Class Members because of the risks associated with continued litigation and the nature of the defenses raised by Kanzhun. Even if Lead Plaintiff were to win at trial, and also prevail on any on appeal, Lead Plaintiff might not be able to collect any of any judgment they are awarded.

3

**5.    How do I know if I am part of the Settlement?**

The Settlement Class consists of all persons and entities who purchased publicly traded Kanzhun ADSs from June 11, 2021 through July 2, 2021, both dates inclusive, subject to the exclusions in Question 6 below.

**6.    Are there exceptions to being included?**

Yes. Excluded from the Settlement Class are Defendants; the officers and directors of Kanzhun; members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns; any entity in which Defendants have or had a controlling interest; and legal representatives, heirs, successors, or assigns of any excluded Person or entity. Also excluded from the Settlement Class are those Persons who (i) suffered no compensable losses, or (ii) submit a valid and timely request for exclusion as described below in the response to Question 11.

**7.    I am still not sure whether I am included.**

If you are still not sure whether you are included in the Settlement Class, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004, by email at info@strategicclaims.net, or by facsimile at (610) 565-7985; visit the website www.strategicclaims.net/Kanzhun/; or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.    What does the Settlement provide?**

**a.    What is the Settlement Fund?**

The proposed Settlement provides for Kanzhun to pay two million two hundred fifty thousand dollars ($2,250,000) into a settlement fund (the "Settlement Fund"). The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees with interest and reasonable litigation expenses to Lead Counsel, and any award to Lead Plaintiff. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing and/or emailing notices and the costs of publishing notices. After the foregoing deductions from the Settlement Fund have been made, the amount remaining (the "Net Settlement Fund") will be distributed to Settlement Class Members who submit timely, valid claims, according to the Plan of Allocation to be approved by the Court.

**b.    What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed by all Settlement Class Members; (ii) the dates you purchased and sold Kanzhun ADSs; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amount awarded by the Court to Lead Counsel for attorneys' fees, costs, and expenses and award to Lead Plaintiff.

The Net Settlement Fund will be distributed to Settlement Class Members who submit a Proof of Claim and Release Form and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Settlement Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Lead Plaintiff's contention that because of the alleged misrepresentations made by Defendants, the price of Kanzhun ADSs was artificially inflated during the Class Period, and that certain subsequent disclosures caused reductions in the inflated price of Kanzhun ADSs. Kanzhun has denied and continues to deny these allegations and any and all allegations of wrongdoing, fault, liability or damage whatsoever asserted in the Action.

**PROPOSED PLAN OF ALLOCATION**

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Settlement Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website, www.strategicclaims.net/Kanzhun/.

The Claims Administrator shall determine each Authorized Claimant's *pro rata* share of the Net Settlement Fund based upon each Authorized Claimant's Recognized Loss. **Please Note**: The Recognized Loss formula, set forth below, is not intended to be an estimate of the amount that a Settlement Class Member might have been able to recover after a trial, nor is it an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Authorized Claimants. To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph (*i.e.*, "*pro rata* share"). Payment in this manner shall be deemed conclusive against all Authorized Claimants. No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six (6) months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. If six (6) months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-sectarian charitable organization(s) selected by Class Counsel.

5

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS:

**Recognized Loss for the Kanzhun ADSs purchased during the Class Period will be calculated as follows:**

(A)    For shares <u>sold during the Class Period</u>, the Recognized Loss per share will be zero.

(B)    For shares <u>sold during the period from July 6, 2021 to October 1, 2021</u>, inclusive, the Recognized Loss will be the *lesser* of: (1) $5.67 per share or (2) the difference between the purchase price per share and the average closing stock price as of date of sale provided in Table A below.

(C)    For shares <u>retained as of the close of trading on October 1, 2021</u>, the Recognized Loss will be the *lesser* of: (1) $5.67 per share; or (2) the purchase price per share minus $35.34[1] per share.

| Table A | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 7/6/2021 | $30.52 | $30.52 | | 8/4/2021 | $34.19 | $33.83 | | 9/2/2021 | $37.30 | $34.48 |
| 7/7/2021 | $32.01 | $31.26 | | 8/5/2021 | $34.26 | $33.85 | | 9/3/2021 | $37.92 | $34.55 |
| 7/8/2021 | $31.20 | $31.24 | | 8/6/2021 | $34.63 | $33.88 | | 9/7/2021 | $38.41 | $34.64 |
| 7/9/2021 | $36.17 | $32.47 | | 8/9/2021 | $35.38 | $33.94 | | 9/8/2021 | $38.36 | $34.72 |
| 7/12/2021 | $34.16 | $32.81 | | 8/10/2021 | $36.16 | $34.03 | | 9/9/2021 | $39.09 | $34.81 |
| 7/13/2021 | $34.75 | $33.13 | | 8/11/2021 | $36.29 | $34.11 | | 9/10/2021 | $36.44 | $34.85 |
| 7/14/2021 | $34.94 | $33.39 | | 8/12/2021 | $36.89 | $34.21 | | 9/13/2021 | $36.26 | $34.88 |
| 7/15/2021 | $35.27 | $33.63 | | 8/13/2021 | $36.96 | $34.31 | | 9/14/2021 | $36.52 | $34.91 |
| 7/16/2021 | $35.53 | $33.84 | | 8/16/2021 | $34.95 | $34.33 | | 9/15/2021 | $38.79 | $34.99 |
| 7/19/2021 | $34.88 | $33.94 | | 8/17/2021 | $34.15 | $34.32 | | 9/16/2021 | $38.20 | $35.05 |
| 7/20/2021 | $35.02 | $34.04 | | 8/18/2021 | $35.02 | $34.34 | | 9/17/2021 | $38.54 | $35.11 |
| 7/21/2021 | $35.28 | $34.14 | | 8/19/2021 | $33.35 | $34.31 | | 9/20/2021 | $36.95 | $35.15 |
| 7/22/2021 | $35.00 | $34.21 | | 8/20/2021 | $32.40 | $34.26 | | 9/21/2021 | $35.78 | $35.16 |
| 7/23/2021 | $32.53 | $34.09 | | 8/23/2021 | $32.14 | $34.20 | | 9/22/2021 | $37.56 | $35.20 |
| 7/26/2021 | $31.00 | $33.88 | | 8/24/2021 | $35.35 | $34.23 | | 9/23/2021 | $38.00 | $35.25 |
| 7/27/2021 | $29.46 | $33.61 | | 8/25/2021 | $34.55 | $34.24 | | 9/24/2021 | $37.01 | $35.28 |
| 7/28/2021 | $34.12 | $33.64 | | 8/26/2021 | $34.01 | $34.23 | | 9/27/2021 | $35.79 | $35.29 |
| 7/29/2021 | $35.24 | $33.73 | | 8/27/2021 | $35.26 | $34.26 | | 9/28/2021 | $35.80 | $35.30 |
| 7/30/2021 | $34.45 | $33.76 | | 8/30/2021 | $35.20 | $34.28 | | 9/29/2021 | $35.47 | $35.30 |
| 8/2/2021 | $34.95 | $33.82 | | 8/31/2021 | $36.86 | $34.34 | | 9/30/2021 | $35.99 | $35.31 |
| 8/3/2021 | $33.62 | $33.81 | | 9/1/2021 | $37.07 | $34.41 | | 10/1/2021 | $36.76 | $35.34 |

---

[1] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $35.34 per share was the mean (average) daily closing trading price of the Company's ADSs during the 90-day period beginning on July 6, 2021 and ending October 1, 2021.

To the extent a claimant had a trading gain or "broke even" from his, her or its overall transactions in the Company's shares during the Class Period, the value of the Recognized Loss will be zero, and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on his, her or its overall transactions in the Company's shares during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order. Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases and acquisitions of the Company shares during the time period June 11, 2021 through and including October 1, 2021.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against Defendants, Defendants' Counsel, Lead Plaintiffs, Lead Counsel or the Claims Administrator or other agent designated by Lead Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim and Release Form. All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund shall be released and discharged from any and all claims arising out of such involvement, and all Settlement Class Members, whether or not they are to receive payment from the Net Settlement Fund, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

9. **How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This Proof of Claim and Release Form is attached to this Notice. You may also obtain a Proof of Claim and Release Form at www.strategicclaims.net/Kanzhun/. Read the instructions carefully, fill out the form, and sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/Kanzhun/ **by 11:59 p.m. EST on February 8, 2023**; or (2) by mailing the claim form together with all documentation requested in the form, **postmarked no later than February 8, 2023**, to:

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

7

**10.     What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Settlement Class by the February 8, 2023 deadline, you will remain a member of the Settlement Class, receive your share of the Net Settlement Fund if you are an Authorized Claimant and submitted a valid Proof of Claim and Release Form, and will be bound by the release of claims against the Kanzhun and other Released Parties if the Settlement is approved. That means you and all other Settlement Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against Kanzhun and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of Kanzhun ADSs during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as sole compensation for any losses you suffered in the purchase, sale or ownership of Kanzhun ADSs during the Class Period. The specific terms of the release are included in the Settlement Stipulation.

**11.     How do I get out of the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue Kanzhun or other Released Parties on your own, at your own expense, about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement Class in *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (D.N.J.)" and (B) states the date, number of shares and dollar amount of each Kanzhun ADS purchase during the Class Period, any sale transactions, and the number of Kanzhun ADSs held by you as of June 11, 2021 through July 2, 2021. In order to be valid, such request for exclusion must be submitted with documentary proof: (i) of each purchase and, if applicable, sale transaction of Kanzhun ADSs during the Class Period; and (ii) demonstrating your status as a beneficial owner of the Kanzhun ADSs. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be **received no later than February 8, 2023**, to the Claims Administrator at the following address:

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

**You cannot exclude yourself by telephone or by e-mail.**

If you properly exclude yourself, you will *not* receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the judgment in this case.

**12.     If I do not exclude myself, can I sue Kanzhun or the other Released Parties for the same thing later?**

No. Unless you followed the procedure outlined in the Notice to exclude yourself, you give up any right to sue Kanzhun or the Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Settlement Class to continue your own lawsuit.

8

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Lead Counsel to represent you and the other Settlement Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided below.

**14.    How will the lawyers be paid?**

Lead Counsel have expended considerable time litigating this Action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Lead Counsel have done so with the expectation that, if they are successful in recovering money for the Settlement Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Lead Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed one-third ($750,000) of the Settlement Fund plus interest, reimbursement of litigation expenses of no more than $45,000, and an award to Lead Plaintiff not to exceed $5,000. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund.

**15.    How do I tell the Court that I do not like the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, and/or to Lead Counsel's motion for attorneys' fees and expenses and application for an award to Plaintiffs, and/or that you think the Court should not approve the Settlement, by mailing a letter stating that you object to the Settlement in the matter of *Bell v. Kanzhun Limited, et al.,* 2:21-cv-13543-KM-MAH (D.N.J.). Be sure to include: (1) your name, address, and telephone number; (2) a list of all purchases and sales of Kanzhun ADSs during the Class Period; (3) all grounds for the objection, including any legal support known to you or your counsel; (4) the name, address and telephone number of all counsel, if any, who represent you, including your former or current counsel; and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case, and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Fairness Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Fairness Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Fairness Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Fairness Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be **received no later than February 8, 2023**:

| Clerk of the Court United States District Court District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07102 | *Lead Counsel* Laurence Rosen The Rosen Law Firm, P.A. One Gateway Center Suite 2600 Newark, NJ 07102 | *Counsel for Kanzhun* Scott D. Musoff Skadden, Arps, Slate, Meagher & Flom LLP One Manhattan West New York, NY 10001 |
|---|---|---|

**16.    What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Settlement Class. Requesting exclusion is telling the Court you do not want to be part of the Settlement Class and Settlement. If you exclude

9

yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Settlement Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

17. **When and where will the Court decide whether to approve the Settlement?**
The Court will hold a Settlement Fairness Hearing on **March 1, 2023, at 11:00 a.m.**, at the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07102. The Court reserves the right to hold the Settlement Fairness Hearing telephonically or by other virtual means. In the event the Court decides to hold the Settlement Fairness Hearing telephonically or by other virtual means, Lead Counsel will direct the Claims Administrator to update its website, on the page dedicated to this Settlement, to include the telephone number or other virtual means to access the Settlement Fairness Hearing.

18. **Do I have to come to the hearing?**
No. Lead Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

19. **What happens if I do nothing at all?**
If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Kanzhun or the Released Parties about the Released Claims (as defined in the Settlement Stipulation) ever again.

## SPECIAL NOTICE TO BROKERS AND OTHER NOMINEES

If, during the Class Period, you purchased or sold publicly traded Kanzhun ADSs for the beneficial interest of a person or organization other than yourself, the Court has directed that, WITHIN TEN (10) CALENDAR DAYS OF YOUR RECEIPT OF NOTICE, you either (a) provide to the Claims Administrator the name, email address, and last known address of each person or organization for whom or which you purchased Kanzhun ADSs during such time period; (b) request an electronic copy of the Summary Notice and, within ten (10) days after receiving the Summary Notice, email the Summary Notice or email links to the Notice and Proof of Claim and Release Form to the email address of each beneficial purchaser/owner of Kanzhun ADSs; or (c) request additional copies of the Postcard Notice, which will be provided to you free of charge, and within ten (10) days of receipt, mail the Postcard Notice directly to the beneficial purchaser/owners of the Kanzhun ADSs. If you choose to follow alternative procedures (b) or (c), the Court has directed that, upon such mailing, you send a statement to the Claims Administrator confirming that the mailing was made as directed. You are entitled to reimbursement from the Settlement Fund of your reasonable out-of-pocket expenses actually incurred in connection with the foregoing, up to $0.03 per name, address and email address provided to the Claims Administrator; up to a maximum of $0.03 per Postcard Notice mailed by you, plus postage at the pre-sort rate used by the Claims Administrator; or $0.03 per notice sent by email. Those expenses will be paid upon request and submission of appropriate supporting documentation. All communications regarding the foregoing should be addressed to the Claims Administrator at the address listed on page 2 above.

DATED: NOVEMBER 10, 2022                    BY ORDER OF THE
                                                      UNITED STATES DISTRICT COURT
                                                      FOR THE DISTRICT OF NEW JERSEY

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  February 8, 2023**

IF YOU PURCHASED PUBLICLY TRADED KANZHUN LIMITED ("KANZHUN") AMERICAN DEPOSITARY SHARES BETWEEN JUNE 11, 2021 THROUGH JULY 2, 2021, BOTH DATES INCLUSIVE (THE "CLASS PERIOD") YOU ARE A "SETTLEMENT CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE SETTLEMENT CLASS ARE DEFENDANTS; THE OFFICERS AND DIRECTORS OF KANZHUN; MEMBERS OF THE INDIVIDUAL DEFENDANTS' IMMEDIATE FAMILIES AND THEIR LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS; ANY ENTITY IN WHICH DEFENDANTS HAVE OR HAD A CONTROLLING INTEREST; LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS, OR ASSIGNS OF ANY EXCLUDED PERSON OR ENTITY; PERSONS WHO SUFFERED NO COMPENSABLE LOSSES; AND PERSONS WHO SUBMIT A VALID AND TIMELY REQUEST FOR EXCLUSION IN ACCORDANCE WITH THE PRELIMINARY APPROVAL ORDER.)

IF YOU ARE A SETTLEMENT CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS CLAIM FORM BY 11:59 P.M. EST ON FEBRUARY 8, 2023 AT WWW.STRATEGICCLAIMS.NET/KANZHUN/.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS CLAIM FORM, YOU MUST COMPLETE AND SIGN THIS CLAIM FORM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN FEBRUARY 8, 2023 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.: 866-274-4004
info@strategicclaims.net

YOUR FAILURE TO SUBMIT YOUR CLAIM BY FEBRUARY 8, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A SETTLEMENT CLASS MEMBER AND DO NOT SUBMIT A PROPER CLAIM FORM, YOU WILL NOT SHARE IN THE SETTLEMENT BUT YOU NEVERTHELESS WILL BE BOUND BY THE COURT'S ORDER AND FINAL JUDGMENT UNLESS YOU EXCLUDE YOURSELF. SUBMISSION OF A CLAIM FORM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1. I (we) purchased or otherwise acquired Kanzhun Limited ("Kanzhun") American Depositary Shares ("ADSs") during the Class Period. (Do not submit this Proof of Claim and Release Form if you did not purchase Kanzhun ADSs during the Class Period.)

2. By submitting this Proof of Claim and Release Form, I (we) state that I (we) believe in good faith that I am (we are) a Settlement Class Member(s) as defined above and in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice"), or am (are) acting for such person(s); that I am (we are) not a Defendant in the Action or anyone excluded from the Settlement Class; that I (we) have read and understand the Notice; that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund, as defined in the Notice; that I (we) elect to participate in the proposed Settlement described in the Notice; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Settlement Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Settlement Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3. I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Claim Form ("Claim Form"). I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Settlement Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Claim Form.

4. I (we) have set forth where requested below all relevant information with respect to each purchase or acquisition of Kanzhun ADSs during the time period requested below, and each sale, if any, of such ADSs. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5. I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of Kanzhun ADSs listed below in support of my (our) claim. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker or tax advisor because these documents are necessary to prove and process your claim. **YOUR FAILURE TO SUBMIT COPIES OF OFFICIAL DOCUMENTS EVIDENCING YOUR PURCHASES AND/OR SALES OF KANZHUN ADSs WILL CAUSE THE CLAIMS ADMINISTRATOR TO REJECT YOUR CLAIM**.

6. I (we) understand that the information contained in this Claim Form is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss. In some cases, the Claims Administrator may condition acceptance of the claim based upon the production of additional information, including, where applicable, information concerning transactions in any derivatives securities such as options.)

7. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or

12

more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) of each of the "Released Parties" of all "Released Claims," as those terms are defined in the Stipulation of Settlement, dated November 4, 2022 ("Stipulation").

8. Upon the occurrence of the Court's approval of the Settlement, as detailed in the Notice, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) heirs, joint tenants, tenants in common, beneficiaries, executors, administrators, predecessors, successors, attorneys, insurers and assigns (or, if I am (we are) submitting this Claim Form on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their heirs, executors, administrators, predecessors, successors, and assigns) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning laid out in the Stipulation.

10. "Released Claims" has the meaning laid out in the Stipulation.

11. "Unknown Claims" has the meaning laid out in the Stipulation.

12. I (We) acknowledge that the inclusion of "Unknown Claims" in the definition of claims released pursuant to the Stipulation was separately bargained for and is a material element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with authority to file on behalf of (a) accounts of multiple Settlement Class Members and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their transactions in an electronic spreadsheet format. If you are a Representative Filer, you must contact the Claims Administrator at efile@strategicclaims.net or visit their website at www.strategicclaims.net to obtain the required file layout. Claims which are not submitted in electronic spreadsheet format and in accordance with the Claims Administrator's instructions may be subject to rejection. All Representative Filers MUST also submit a manually signed Claim Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement), along with the electronic spreadsheet format. No claims submitted in electronic spreadsheet format will be considered to have been properly submitted unless the Claims Administrator issues to the Claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Claim Form hosted at www.strategicclaims.net/ Kanzhun/. If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Claim Form has been submitted. If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Claim Form.

KANZHUN

**I. CLAIMANT INFORMATION**

| Beneficial Owner Name: |
|---|
| |

| Address: |
|---|
| |

| City | State | ZIP |
|---|---|---|
| | | |

| Foreign Province | Foreign Country |
|---|---|
| | |

| Day Phone | Evening Phone |
|---|---|
| | |

| Email |
|---|
| |

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|
| | | |

**II. SCHEDULE OF TRANSACTIONS IN KANZHUN LIMITED ("KANZHUN") AMERICAN DEPOSITARY SHARES ("ADSs")**

**Purchases/Acquisitions:**

A.  Separately list each and every purchase or acquisition of Kanzhun ADSs between June 11, 2021 and October 1, 2021, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/Acquired | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**Sales:**

C.  Separately list each and every sale of Kanzhun ADSs between June 11, 2021 and October 1, 2021, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

KANZHUN

**Ending Holdings:**
D.  State the total number of shares of Kanzhun ADSs held at the close of trading on October 1, 2021 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

## III. SUBSTITUTE FORM W-9

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | **or** | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ | | |

## IV. CERTIFICATION

I (We) submit this Proof of Claim and Release Form under the terms of the Stipulation described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the District of New Jersey with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of Kanzhun ADSs during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____
(Signature)

_____
(Signature)

_____
(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date: _____

15

*Kanzhun Limited Securities Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED NO LATER THAN FEBRUARY 8, 2023 AND MUST BE MAILED TO:**

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax: (610) 565-7985
info@strategicclaims.net

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by February 8, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions. In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 45 days of receipt. Your claim is not deemed filed until you receive such an acknowledgement. If you do not receive an acknowledgement within 45 days, please contact the Claims Administrator by telephone toll-free at 866-274-4004 or by email at info@strategicclaims.net.

You should be aware that it will take a significant amount of time to process fully all of the Claim Forms and to administer the Settlement. This work will be completed as promptly as time permits, given the need to investigate and tabulate each Claim Form. Please notify the Claims Administrator of any change of address.

**REMINDER CHECKLIST**

o   Please be sure to sign this Claim Form on page 15. If this Claim Form is submitted on behalf of joint claimants, then each claimant must sign.
o   Please remember to attach supporting documents. Do NOT send any stock certificates. Keep copies of everything you submit.
o   Do NOT use highlighter on the Claim Form or any supporting documents.
o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or deliver payment to you.

**EXHIBIT C**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net          FAX: (610) 565-7985

November 25, 2022

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS AND ENTITIES THAT PURCHASED OR ACQUIRED PUBLICLY TRADED AMERICAN DEPOSITARY SHARES ("ADSs") OF KANZHUN LIMITED ("KANZHUN" OR THE "COMPANY") DURING THE PERIOD JUNE 11, 2021 THROUGH JULY 2, 2021, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are Defendants; the officers and directors of Kanzhun; members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns; any entity in which Defendants have or had a controlling interest; and legal representatives, heirs, successors, or assigns of any excluded Person or entity.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Kanzhun Limited Securities Litigation*<br>Case No. 2:21-cv-13543-KM-MAH<br>Claim Filing Deadline: February 8, 2023<br>Exclusion Deadline: February 8, 2023<br>Objection Deadline: February 8, 2023<br>Settlement Fairness Hearing: March 1, 2023 | Cusip Number: 48553T106 |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of a copy of the Summary Notice or links to the Long Notice and Claim Form or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request an electronic copy of the Summary Notice or links to the Long Notice and Claim Form and advise us that you will be emailing the electronic copy or links to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per emailed Notice sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator if** you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/Kanzhun/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Kanzhun Limited Securities Litigation

Kanzhun Limited Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*A federal court authorized this notice.*
*This is not a solicitation from a lawyer.*

*You may be entitled to a payment.*
*This notice may affect your legal rights.*

*Please read it carefully*

*Bell v. Kanzhun Limited, et al., 2:21-cv-13543* (D.N.J.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT* WWW.STRATEGICCLAIMS.NET/KANZHUN/ *OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of claims against Kanzhun Limited ("Kanzhun") and certain of its officers in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, Defendants made material misrepresentations to the public and failed to disclose an investigation by the Cyberspace Administration of China into Kanzhun's business, causing damage to Settlement Class Members. Kanzhun denies any wrongdoing.

You received this notice because you may have purchased publicly traded Kanzhun's American Depositary Shares ("ADSs") between June 11, 2021 through July 2, 2021, both dates inclusive. The Settlement dismisses and releases claims against Defendants and creates a fund consisting of $2,250,000, less attorneys' fees and expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim by visiting the website: www.strategicclaims.net/Kanzhun/. You may also request copies of the Notice and Proof of Claim from the Claims Administrator by: (1) mail: Kanzhun Limited Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

To qualify for payment, you must submit a Proof of Claim, which can be found on the website www.strategicclaims.net/Kanzhun/. PROOFS OF CLAIM MUST BE SUBMITTED ONLINE OR POSTMARKED BY FEBRUARY 8, 2023 TO: KANZHUN LIMITED SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON ST, STE 205, MEDIA, PA 19063 or submitted electronically at www.strategicclaims.net/Kanzhun/. If you do not want to be legally bound by the Settlement, you must exclude yourself by February 8, 2023. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by February 8, 2023. The Notice explains how to exclude yourself or to object.

The Court will hold a hearing in this case on March 1, 2023 at 11:00 a.m. at the Court, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07102, to consider whether to approve the Settlement, the Plan of Allocation, and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $45,000 in expenses, and award to Lead Plaintiff of no more than $5,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court. The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

**EXHIBIT E**

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication: IBD Weekly
Address: 5900 Wilshire Blvd.
City, State, Zip: Los Angeles, CA 90036
Phone #: 323.936.0314
State of: California
County of: Los Angeles

I, __Shaun Shen__ for the publisher of __IBD Weekly__ , published in the city of __Los Angeles__ , state of __California__ , county of __Los Angeles__ hereby certify that the attached notice(s) for KANZHUN LIMITED was printed in said publication on the following date(s):

### DECEMBER 5, 2022

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __5th__ day of __December__ , __2022__ , by

_____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)



RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

# FUTURES

## Grains

## Foods

## Meats

## Spot Prices

## Oils

## Metals

## Woods And Fibers

## Financials

## Key Commodity Futures

REUTERS/JEFFERIES CRB INDEX — High 276.69  Low 276.69  Close 276.69  -2.77  Since Jan 1

---

UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

KEYLA D. BELL, Individually and on behalf of all others similarly situated,
Plaintiff,
v.
KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,
Defendants.

Case No:
2:21-cv-13543-KM-MAH

### SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT

**TO: ALL PERSONS WHO PURCHASED THE PUBLICLY TRADED AMERICAN DEPOSITARY SHARES OF KANZHUN LIMITED ("KANZHUN") BETWEEN JUNE 11, 2021 AND JULY 2, 2021, INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey, that a hearing will be held on March 1, 2023, at 11:00 a.m. before the Honorable Kevin McNulty, United States District Judge of the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Courtroom PO 04, Newark, New Jersey 07102 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $2,250,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than $45,000 and a service payment of no more than $5,000 to Lead Plaintiff should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated November 4, 2022 (the "Settlement Stipulation"). The Court reserves the right to hold the Settlement Hearing telephonically or by other virtual means.

If you purchased publicly traded Kanzhun's American Depositary Shares ("ADSs") during the period from June 11, 2021 through July 2, 2021, both dates inclusive, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in Kanzhun's ADSs. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form, you may obtain copies by writing to or calling the Claims Administrator: Kanzhun Limited Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Proof of Claim and Release Form online at www.strategicclaims.net/Kanzhun/. If you are a member of the Settlement Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form electronically or postmarked no later than February 8, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than February 8, 2023, in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Settlement Stipulation.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Lead Plaintiff must be in the manner and form explained in the detailed Notice and received no later than February 8, 2023, by each of the following:

| Clerk of the Court United States | Lead Counsel | Counsel for Kanzhun Limited |
|---|---|---|
| District Court District of New Jersey | Laurence Rosen | Scott D. Musoff |
| Martin Luther King Building & U.S. | The Rosen Law Firm, P.A. | Skadden, Arps, Slate, Meagher & |
| Courthouse | One Gateway Center | Flom LLP |
| 50 Walnut Street | Suite 2600 | One Manhattan West |
| Newark, NJ 07101 | Newark, NJ 07102 | New York, NY 10001 |

If you have any questions about the Settlement, you may call or write to Lead Counsel:

Laurence Rosen
THE ROSEN LAW FIRM, P.A.
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
info@rosenlegal.com

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: NOVEMBER 10, 2022

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, December 5, 2022 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Kanzhun Limited American Depositary Shares**

*Cross time: **12/05/22 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us