**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br><br>      Defendants. | Case No: 2:21-cv-13543-MAH<br><br><u>CLASS ACTION</u><br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND**<br><br>Motion Day: April 1, 2024 |

**PLEASE TAKE NOTICE** that on April 1, 2024, Keyla D. Bell ("Lead Plaintiff") will move this Court, the Honorable Magistrate Judge Michael A. Hammer of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse 50 Walnut Street, Room 2C, Newark, NJ 07102, for entry of the [Proposed] Order Granting Distribution of Class Action Settlement Fund ("Class Distribution Order").[1]  Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Actions; and (ii) directs distribution of the Net Settlement

---

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation of Settlement, dated November 4, 2022 (Dkt. No. 36).

1

Fund to Authorized Claimants whose Claims have been accepted as valid and approved by the Court.

In support of this Motion, Lead Plaintiff submits the accompanying Memorandum of Law, the Declaration of Margery Craig Concerning the Results of the Claims Administration Process ("Craig Declaration") and the exhibits thereto. Lead Plaintiff respectfully requests that the Court decide the Motion on the papers and enter the Class Distribution Order.

Dated: March 4, 2024                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence Rosen
Jing Chen
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel:  (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com
          jchen@rosenlegal.com

Erica L. Stone
Phillip Kim (admitted *Pro Hac Vice*)
275 Madison Ave, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: estone@rosenlegal.com
          pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024 a true and correct copy of the

foregoing document was served by CM/ECF to the parties registered to the Court's

CM/ECF system.


*/s/ Laurence M. Rosen*
Laurence M. Rosen

3