**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KEYLA D. BELL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, and TAO ZHANG,<br><br><br>        Defendants. | Case No. 2:21-cv-13543-MAH<br><br>CLASS ACTION<br><br>**NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUND**<br><br>Motion Day: April 1, 2024 |

Lead Plaintiff Keyla D. Bell ("Lead Plaintiff") respectfully submits this notice of non-opposition to her Motion for Distribution of Class Action Settlement Fund ("Motion for Distribution") (Dkt. No. 55).

Lead Plaintiff's Motion for Distribution was filed on March 4, 2024 and noticed for the April 1, 2024 Motion Day. Thus, the deadline to oppose the Motion for Distribution was March 18, 2024. To date, no opposition has been filed.

The Motion for Distribution is therefore unopposed. As such, Lead Plaintiff respectfully requests that the Court grant the Motion for Distribution so that settlement funds may be distributed to eligible Settlement Class Members.

1

Dated: March 19, 2024                    Respectfully submitted,

                                         **THE ROSEN LAW FIRM, P.A.**

                                         */s/ Laurence M. Rosen*
                                         Laurence Rosen
                                         Jing Chen
                                         One Gateway Center
                                         Suite 2600
                                         Newark, NJ 07102
                                         Tel:  (973) 313-1887
                                         Fax: (973) 833-0399
                                         Email: lrosen@rosenlegal.com
                                                 jchen@rosenlegal.com

                                         Erica L. Stone
                                         Phillip Kim (admitted *Pro Hac Vice*)
                                         275 Madison Ave, 40th Floor
                                         New York, NY 10016
                                         Tel: (212) 686-1060
                                         Fax: (212) 202-3827
                                         Email: estone@rosenlegal.com
                                                 pkim@rosenlegal.com

                                         *Lead Counsel for Lead Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024 a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

3