**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and the Class*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEYLA D. BELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KANZHUN LIMITED, PENG ZHAO, YU ZHANG, XU CHEN, AND TAO ZHANG,<br><br>Defendants. | No.: 2:21-cv-13543-KM-MAH<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR AUTHORIZATION TO CHANGE DESIGNATED NON-PROFIT ORGANIZATION TO RECEIVE CY PRES DISTRIBUTION**<br><br><u>CLASS ACTION</u><br><br>**Motion Date: October 6, 2025** |

1

**PLEASE TAKE NOTICE** that Lead Plaintiff Keyla D. Bell ("Plaintiff"), on behalf of herself and the Settlement Class, hereby moves this Court for entry of the accompanying [Proposed] Order Authorizing Change of Designated Non-Profit Organization to Receive *Cy Pres* Distribution ("*Cy Pres* Order").

The *Cy Pres* Order authorizes the Claims Administrator to distribute the funds remaining in the Net Settlement Fund, $684.33, to Lead Counsel's selected non-profit charitable organization, the Bluhm Legal Clinic Complex Civil Litigation and Investor Protection Center at the Northwestern Pritzker School of Law, pursuant to the Court's Order on Motion for Distribution of Class Action Settlement Funds (Dkt. No. 57).

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law, the accompanying Declaration of Margery Craig Concerning the Remaining Funds for *Cy Pres*, all other pleadings and matters of record, and such additional evidence or arguments as may be presented at the hearing

The appearing Defendant, Kanzhun Limited, takes no position on the request.

Dated: September 9, 2025                    Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            /s/ Laurence M. Rosen
                                            Laurence M. Rosen, Esq.

2

One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

Jing Chen, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Fax: (212) 202-3827

Erica L. Stone
Phillip Kim (admitted *Pro Hac Vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
Email: estone@rosenlegal.com
philkim@rosenlegal.com

*Counsel for Lead Plaintiff and the Class*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 9th day of September 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/ Laurence M. Rosen</u>